■ In the Matter of M. MAURICE GRAHAM, Petitioner, v. THOMAS P. FARLEY, Respondent.— Petitioner moves under article 78 of the Civil Practice Act, to compel respondent, a Justice of the Supreme Court in Nassau County, to hear and determine another article 78 proceeding instituted in said court, and to modify or vacate orders made therein, dated respectively September 12.

1962 and November 20, 1962. Respondent cross-moves to dismiss the article 78 proceeding in this court. Respondent's cross motion granted; petition dismissed, without costs. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.